```
LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>2002 AMGN UT HUMMER, VIN:137FA90382E200946, LICENSE NO. 5JEU580,<br><br>1970 FORD MUSTANG FASTBACK, VIN: 0R02F100917, LICENSE NO. 2YSD525,<br><br>2004 PACE AMERICAN CARRY ON UTILITY TRAILER, VIN: 4P2FB12124U054420, and<br><br>2007 FOUR WINNS 220 HORIZON BOAT, VIN: GFNMA1451607,<br><br>　　　　　Defendants.<br>_____ | 1:09-CV-01614-OWW-GSA<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　1.　　Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

1  notice of the action to be given in a newspaper of general circulation or on the official internet
2  government forfeiture site;
3      2.   Local Rule 83-171, Eastern District of California, provides that the Court shall
4  designate by order the appropriate newspaper or other vehicle for publication;
5      3.   The defendants a 2002 AMGN UT Hummer, VIN:137FA90382E200946, License
6  No. 5JEU580 2001 (defendant Hummer); a 1970 Ford Mustang Fastback, VIN: 0R02F100917,
7  License No. 2YSD525 (defendant Mustang); and a 2004 Pace American Carry on Utility Trailer,
8  VIN: 4P2FB12124U054420 (defendant trailer) hereafter collectively "defendant vehicles," and
9  defendant 2007 Four Winns 220 Horizon Boat, VIN: GFNMA1451607 (hereafter "defendant
10 water craft") were seized in the city of Woodlake, Tulare County, California, and are in the
11 custody of the U.S. Marshals Service, Eastern District of California.  The Drug Enforcement
12 Administration  published notice of the nonjudicial forfeiture of the defendant Hummer and
13 defendant Mustang on June 1, 8, and 15, 2009, in the *Wall Street Journal*.  The Drug
14 Enforcement Administration  published notice of the nonjudicial forfeiture of the defendant
15 trailer and defendant water craft of June 8, 15, and 22, 2009, in the *Wall Street Journal*.
16     4.   Plaintiff proposes that publication be made as follows:
17         a.   One publication;
18         b.   Thirty (30) consecutive days;
19         c.   On the official internet government forfeiture site www.forfeiture.gov;
20         d.   The publication is to include the following:
21             (1)   The Court and case number of the action;
22             (2)   The date of the seizure/posting;
23             (3)   The identity and/or description of the property seized/posted;
24             (4)   The name and address of the attorney for the Plaintiff;
25             (5)   A statement that claims of persons entitled to possession or
26 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served
27 on the attorney for the Plaintiff no later than 60 days after the first day of publication on the
28 official internet government forfeiture site; and

1        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 9/11/09

LAWRENCE G. BROWN
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   September 17, 2009          /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE