1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for plaintiff

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  1:09-CV-01614-OWW-GSA
                                        )
12              Plaintiff,              )  **STIPULATION TO CONTINUE**
                                        )  **SCHEDULING DATES AND ORDER**
13        v.                            )  **THEREON**
                                        )
14  2002 AMGN UT HUMMER,                )  (First Request)
    VIN:137FA90382E200946, LICENSE NO.  )
15  5JEU580,                            )
                                        )
16  1970 FORD MUSTANG FASTBACK, VIN:    )
    0R02F100917, LICENSE NO. 2YSD525,   )
17                                      )
    2004 PACE AMERICAN CARRY ON UTILITY )
18  TRAILER, VIN: 4P2FB12124U054420,    )
    LICENSE NO.                        )
19  4FG6946, and                        )
                                        )
20  2007 FOUR WINNS 220 HORIZON BOAT, VIN:)
    GFNMA1451607, LICENSE NO. 5258 TK,  )
21                                      )
                                        )
22              Defendants.             )
                                        )
23  _____  )
                                        )
    Isaias Lopez                        )
24                                      )
                Claimant.                )
25

26       Claimant Isaias Lopez and plaintiff United States of America, by and through their undersigned

27  attorneys, hereby stipulate as follows:

28  ///

                                1    STIPULATION TO CONTINUE DATES AND ORDER THEREON

1.  This stipulation is executed by all parties who have appeared in and are affected by this action.

2.  The parties are requesting an extension of the discovery dates set out in the Scheduling Conference Order due to the unexpected need for new counsel for the United States in this case and the need for additional time to get up to speed and complete discovery. Additionally, since the time of the initial scheduling conference, defense counsel has been unavailable for depositions and requires additional time to respond to discovery due to pressing business on other cases.

3.  The parties stipulate and agree that the disclosure of expert witnesses can be postponed from January 3, 2011 until January 15, 2011. The parties further agree that the percipient and expert discovery deadlines shall be consolidated and that all discovery shall close on March 30, 2011. All other dates in the scheduling order remain unaffected by this stipulation including the June 6, 2011, pretrial hearing date and August 2, 2011, trial date.

4.  This is the Parties' first request for an extension and no further extensions are currently anticipated.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 11/30/10            /s/ Kelli L. Taylor
                          KELLI L. TAYLOR
                          Assistant United States Attorney


Date: 11/30/10            /s/ Victor M. Perez
                          VICTOR M. PEREZ
                          Attorney for Isaias Lopez

(original signature retained by attorney)

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED the disclosure of expert witnesses is postponed from January 3, 2011 until January 15, 2011. IT IS FURTHER ORDERED that the percipient and expert discovery deadlines are consolidated and all

///

discovery shall close on March 30, 2011. All other dates in the scheduling order remain unaffected by this Order including the June 6, 2011, pretrial hearing date and August 2, 2011, trial date.

IT IS SO ORDERED.

**Dated:   December 1, 2010**                          **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE