BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>2002 AMGN UT HUMMER, VIN:137FA90382E200946, LICENSE NO. 5JEU580,<br><br>1970 FORD MUSTANG FASTBACK, VIN: 0R02F100917, LICENSE NO. 2YSD525,<br><br>2004 PACE AMERICAN CARRY ON UTILITY TRAILER, VIN: 4P2FB12124U054420, LICENSE NO. 4FG6946, and<br><br>2007 FOUR WINNS 220 HORIZON BOAT, VIN: GFNMA1451607, LICENSE NO. 5258 TK,<br><br>　　　　　Defendants.<br><br>Isaias Lopez<br><br>　　　　　Claimant. | 1:09-CV-01614-OWW-GSA<br><br>**STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON**<br><br>(Second Request) |

Claimant Isaias Lopez and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting an extension of the discovery dates set out in the Scheduling Conference Order as the parties are attempting to settle the case.

3. The parties stipulate and agree that the disclosure of expert witnesses can be postponed from January 15, 2011 until February 15, 2011. All other discovery deadlines, as set forth in the Order issued December 1, 2010 (CD# 26) and dates in the scheduling order remain unaffected by this stipulation including the June 6, 2011, pretrial hearing date and August 2, 2011, trial date.

4. This is the Parties' second request for an extension and no further extensions are currently anticipated.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 1/7/11                                       /s/ Kelli L. Taylor
                                                    KELLI L. TAYLOR
                                                    Assistant United States Attorney

Date: 1/7/11                                       /s/ Victor M. Perez
                                                    VICTOR M. PEREZ
                                                    Attorney for Isaias Lopez

(original signature retained by attorney)

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED the disclosure of expert witnesses is postponed from January 15, 2011 until February 15, 2011. All other discovery deadlines, as set forth in the Order issued December 1, 2010 (CD# 26) and dates in the scheduling order remain unaffected by this stipulation including the June 6, 2011, pretrial hearing date and August 2, 2011, trial date.

///IT IS SO ORDERED.

**Dated:   January 11, 2011**                             **/s/ Oliver W. Wanger**
                                                                                 UNITED STATES DISTRICT JUDGE